Stephanie ANDERSON, Appellant,

v.

Julia DICKERSON, Respondent.

No. WD 42698.

Missouri Court of Appeals,
Western District.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied
Nov. 20, 1990.

Stanley L. Wiles, Kansas City, for appellant.

David R. Buchanan, Scott S. Bethune, Brown, James & Rabbitt, P.C., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from jury verdict in favor of respondent in action for negligence stemming from an automobile collision.

Judgment affirmed. Rule 84.16(b).